UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER GILCREST, | ) |
| Petitioner, | ) ) ) |
| vs. | )  CASE NO. 2:20-CV-854-SLB-KFP |
| | )  (WO) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

**ORDER**

On August 18, 2023, the Magistrate Judge entered a Recommendation that Petitioner Christopher Gilcrest's 28 U.S.C. § 2255 Motion be denied and that this case be dismissed with prejudice. (Doc. 14.) Gilcrest has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is **ORDERED** as follows:

1. The Magistrate Judge's Recommendation (Doc. 14) is **ADOPTED.**

2. Gilcrest's 28 U.S.C. § 2255 Motion (Doc. 1) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE.**

A separate final judgment will be entered.

**DONE,** this 3rd day of October, 2023.

_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE